HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorney for Defendant
HACK TOWNSEND CULLING JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:20-cr-00029-WBS |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) ) | |
| HACK TOWNSEND CULLING JR. | ) ) ) ) ) ) | Date: June 15, 2020 Time: 9:00 a.m. Judge: Hon. William B. Shubb |
| Defendant. | | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Justin Lee, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Hack Townsend Culling Jr, that the status conference scheduled for June 15, 2020, at 9:00 a.m., be vacated and the matter continued to August 3, 2020, at 9:00 a.m.

Defense requires more time to review discovery and investigate possible DNA evidence, which has been difficult due to limitations during the current COVID-19 pandemic.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be from the date the parties stipulated through and including August 3, 2020;  pursuant to 18 U.S.C. §3161 (h)(1)(D)[pretrial motions], (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

1  DATED: June 9, 2020

                                         Respectfully submitted,

                                         HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for PATRICK PRIGMORE

DATED: June 9, 2020                         MCGREGOR W. SCOTT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the June 15, 2020 status conference shall be continued until August 3, 2020, at 9:00 a.m.

Dated:  June 10, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE