HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
HACK TOWNSEND CULLING JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  HACK TOWNSEND CULLING JR.,  Defendant. | Case No. 2:20-cr-00029-WBS  STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE  Date: November 16, 2020  Time:  9:00 a.m.  Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through  Assistant United States Attorney Justin Lee, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Hack Townsend Culling Jr., that the status conference, currently scheduled for November 16, 2020, be continued to January 19, 2021 at 9:00 a.m.

The defense needs more time to review discovery and conduct an investigation. Counsel for defendant believes that failure to grant he above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 19, 2021;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

1  based upon continuity of counsel and defense preparation.

2        Counsel and the defendant also agree that the ends of justice served by the Court granting

3  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                        Respectfully submitted,

Dated:  November 5, 2020

                        HEATHER E. WILLIAMS
                        Federal Defender

                        */s/ Douglas Beevers*
                        DOUGLAS BEEVERS
                        Assistant Federal Defender
                        Attorney for Defendant
                        HACK TOWNSEND CULLING JR.

Dated:  November 5, 2020

                        McGREGOR W. SCOTT
                        United States Attorney

                        /s/ *Justin Lee*
                        JUSTIN LEE
                        Assistant U.S. Attorney
                        Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 19, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 16, 2020 status conference shall be continued until January 19, 2021, at 9:00 a.m.

Dated: November 5, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE