HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
HACK TOWNSEND CULLING JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>Plaintiff, </br></br>vs. </br></br>HACK TOWNSEND CULLING JR. </br></br>Defendant. | Case No. 2:20-cr-00029-WBS </br></br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE </br></br>Date: January 19, 2021 </br>Time:  9:00 a.m. </br>Judge: William B. Shubb |

      IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through  Assistant United States Attorney Justin Lee, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Hack Townsend Culling Jr., that the status conference, currently scheduled for January 19, 2021, be continued to March 22, 2021 at 9:00 a.m.

      Mr. Culling has contracted COVID-19 and attending court would be an unnecessary risk to others incarcerated with him and staff working in Sacramento County Jail. The defense also needs more time for their expert to review all of the DNA data, which has been delayed in part due to reasonable COVID protocols and in part due to delays caused by Congressional delays in funding the judiciary. Counsel for defendant believes that failure to grant he above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1  Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2  excluded of this order's date through and including March 22, 2021;  pursuant to 18 U.S.C.
3  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
4  based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  January 11, 2021

HEATHER E. WILLIAMS
Federal Defender


*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
HACK TOWNSEND CULLING JR.

Dated:  January 11, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ *Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 22, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the  January 19, 2021 status conference shall be continued until March 22, 2021, at 9:00 a.m.

**Dated:  January 11, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE