PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>HACK TOWNSEND CULLING,<br><br>                    Defendant. | CASE NO.  2:20-CR-00029-WBS<br><br>FINDINGS AND ORDER<br><br>DATE:    June 2, 2021<br>TIME:     9:00 a.m.<br>COURT: Hon. William B. Shubb |

**FINDINGS AND ORDER**

On March 23, 2021, the defendant filed a motion to set jury trial.  ECF 24.  In the motion, the defendant requested a jury trial date of June 2, 2021, and agreed that this date is within the time limits prescribed by the Speedy Trial Act.  On March 24, 2021, the parties appeared before the Court for trial setting.  At the hearing, the defendant again requested a jury trial beginning on June 2, 2021.  The defendant requested June 2, 2021, because the defendant's expert witness is unavailable during the week of May 24 and therefore would not be able to testify until June 2.  Based upon the request of the defendant, the Court set this matter for jury trial beginning on June 2, 2021 at 9:00 a.m.

The Court hereby finds that the reasons set forth in the motion and on the record during the March 24, 2021 hearing provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

///

FINDINGS AND ORDER                                   1

The Court accordingly finds that:

(1)    The ends of justice served by excluding time outweigh the best interests of the public and the defendant in a speedy trial; and

(2)    The failure to grant the exclusion of time would result in prejudice to the defendant's trial defense.

Time is therefore excluded under the Speedy Trial Act between May 24, 2021, and June 2, 2021.

IT IS SO FOUND AND ORDERED.

Dated:  March 25, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

FINDINGS AND ORDER