UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-29 WBS |
| Plaintiff, | |
| v. | ORDER |
| HACK TOWNSEND CULLING, | |
| Defendant. | |

----oo0oo----

       Defendant has moved for a 36-hour furlough so that he may attend the funeral of his aunt.  (Docket No. 67.)  For the reasons discussed by the government in its opposition (Docket No. 68), defendant has not met his burden of showing by clear and convincing evidence that he is not likely to flee or pose a danger to the community under 18 U.S.C. § 3143.  Accordingly, the motion is DENIED.

       IT IS SO ORDERED.

Dated:  November 23, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1