UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HACK CULLING TOWNSEND,<br><br>Defendant. | No. 2:20-cr-29 WBS<br><br><br><br>ORDER RELATING CASES |
| HACK CULLING TOWNSEND,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER HANSEN, Chief Probation Officer, Solano County Probation,<br><br>Respondent. | No. 2:22-cv-1349 EFB HC |

1                             ----oo0oo----

2            Examination of the above-entitled actions reveals that
3 they are related within the meaning of Local Rule 123(a), because
4 Mr. Culling's federal criminal case involves a potential
5 sentencing enhancement which is based on an underlying state
6 conviction, and Mr. Culling is seeking to collaterally attack
7 that state conviction in the federal habeas petition.
8 Accordingly, the assignment of the matters to the same judge is
9 likely to effect a substantial saving of judicial effort and is
10 also likely to be convenient for the parties.

11            The parties should be aware that relating the cases
12 under Local Rule 123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the actions is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the judge and magistrate judge to
16 whom the first filed action was assigned.

17            IT IS THEREFORE ORDERED that the actions denominated
18 <u>United States v. Culling</u>, 2:20-cr-29 WBS, and <u>Culling v. Hansen</u>,
19 2:22-cv-1349 EFB HC, be, and the same hereby are, deemed related.
20 The case denominated <u>Culling v. Hansen</u>, 2:22-cv-1349 EFB HC,
21 shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates
22 currently set in the reassigned case only are hereby VACATED.
23 Henceforth, the captions on documents filed in the reassigned
24 case shall be shown as <u>Culling v. Hansen</u>, 2:22-cv-1349 WBS EFB
25 HC.

26            IT IS FURTHER ORDERED that the Clerk of the Court make
27 an appropriate adjustment in the assignment of cases to

28

1 | compensate for this reassignment.

3 | Dated: August 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE