1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS BEEVERS, #288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: (916) 498-5700
   Fax: (916) 498-5710
5  Douglas_Beevers@fd.org

6  Attorney for Defendant
   HACK TOWNSEND CULLING JR.
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  Case No. 2:20-cr-00029-WBS
                                    )
12      Plaintiff,                  )       2:22-cv-1349-WBS-EFB HC
                                    )
13      vs.                         )  ORDER TO APPOINT NEW COUNSEL
                                    )
14 HACK TOWNSEND CULLING JR.        )
                                    )
15                                  )
        Defendant.                  )
16                                  )

17     The mater coming before the Court on the Defendant's motion to appoint new counsel, and there being no opposition from the United States, and it appearing that the Defendant has stated justification for relief: IT IS ORDERED that the Federal Public Defender is relieved and Attorney Erin Radekin is appointed pursuant to 18 U.S.C. §3006A.  The Court further finds that pursuant to 18 U.S.C. § 3006A authorizes the Court to appoint counsel in ancillary proceedings, and defendant has a pending related habeas corpus case.  IT IS ORDERED that Erin Radekin is appointed to the related habeas corpus case 2:22-cv-1349-WBS-EFB HC pursuant to 18 U.S.C. § 3006A.

Dated:  August 4, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-