| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DAVID M. PORTER, #127024 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | HACK TOWNSEND CULLING, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr. S 20-29 WBS |
| Plaintiff, | |
| v. | **ORDER WITHDRAWING FEDERAL DEFENDER AND APPOINTING AD HOC CJA COUNSEL** |
| HACK TOWNSEND CULLING, Jr., | |
| Defendant. | |

On Defendant's motion and consent, good cause appearing therefor and for consistency of representation,

IT IS HEREBY ORDERED, effective September 1, 2025, the Federal Defender Office is withdrawn as counsel, and David M. Porter is appointed as *ad hoc* CJA counsel pursuant to 18 U.S.C. § 3600A(b) and Eastern District of California CJA Plan, Gen. Ord. 671, § XI.C.

Dated: August 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE