UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HACK TOWNSEND CULLING, JR.,<br>Defendant. | No. 2:20-cr-00029 WBS<br><br>ORDER |

----oo0oo----

Defendant requests a ten-month sentencing reduction. (Docket No. 136.) The United States shall file any opposition to defendant's motion within 21 days of this order's filing date. The court will then take the motion under submission without a hearing unless otherwise ordered.

IT IS SO ORDERED.

Dated: October 8, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE