UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HACK TOWNSEND CULLING, JR.,<br>Defendant. | No. 2:20-cr-00029 WBS<br><br><u>ORDER</u> |

----oo0oo----

Defendant requests reconsideration of this court's order denying his motion for a ten-month sentencing reduction. (Request (Docket No. 141).) The United States shall file any opposition to defendant's request within 7 days of this order's filing date. Defendant shall submit his reply within 4 days of the opposition's filing date. The matter will be heard on November 30, 2026 at 10:00 AM in Courtroom 5.

IT IS SO ORDERED.

Dated: November 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE