DAVID M. PORTER, Bar #127024
Attorney at Law
Counsel Designated for Service
P.O. Box 11008
Takoma Park, MD 20913
Telephone: (916) 893-4217
Email: porterlaw2025@gmail.com

Attorney for Defendant
HACK TOWNSEND CULLING, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HACK TOWNSEND CULLING, JR.,<br><br>Defendant. | No. Cr. S 20-29 WBS<br><br>**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND HEARING ON REQUEST FOR RECONSIDERATION**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

Defendant, HACK TOWNSEND CULLING, JR., by and through his attorney, David M. Porter, and Plaintiff, UNITED STATES OF AMERICA, by and through its attorney, United States Assistant Attorney Justin Lee, request the schedule as to Mr. Culling's motion for reconsideration (dkt. no. 141) be reset as follows:

1) The United States shall file any response to defendant's request on or before November 25, 2026;

2) Defendant shall submit his reply within 7 days of the response's filing date;

/ / /

/ / /

/ / /

3) The matter will be heard on December 7, 2026, at 10:00 a.m., in Courtroom 5.

Dated: November 12, 2026

Respectfully submitted,

| | |
|---|---|
| *David M. Porter* | *Justin Lee* |
| DAVID M. PORTER | JUSTIN LEE |
| Attorney at Law | Assistant United States Attorney |
| Attorney for Defendant | Attorney for Plaintiff |
| HACK TOWNSEND CULLING, JR. | UNITED STATES OF AMERICA |

ORDER

Pursuant to the parties' stipulation, the schedule for briefing and hearing on Mr. Mr. Culling's request for reconsideration (dkt. no. 141) is hereby RESET as follows:

1) The United States shall file any response to defendant's request on or before November 25, 2026;

2) Defendant shall submit his reply within 7 days of the response's filing date;

3) The matter will be heard on December 7, 2026, at 10:00 a.m., in Courtroom 5.

Dated: November 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE